Order issued December  6  , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01582-CV

## IN THE INTEREST OF K.A.F., D.A.F., AND A.L.F., CHILDREN

## ORDER

On December 4, 2012, Glenda Johnson, Official Court Reporter for the 256th Judicial District Court of Dallas County, Texas, filed a motion for an extension of time to file the reporter's record. We **GRANT** the motion. The reporter's record shall be filed on or before **December 14, 2012.**

DOUGLAS S. LANG
JUSTICE